**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**

**V.**

**DEBORAH BUTTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC1203784I**

## ORDER

We **GRANT** appellant's August 13, 2014 second motion for an extension of time to file a brief. Appellant shall file her brief **on or before SEPTEMBER 23, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE